# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| **PRISCILLA MILLBERRY**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**MCLEAN MORTGAGE CORPORATION,**<br><br>Defendant. | Case No. 3:25-cv-00461-RCY<br><br>**JOINT CONSENT MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |

## JOINT CONSENT MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

NOW COMES Plaintiff Priscilla Millberry ("Plaintiff") and Defendant McLean Mortgage Corporation ("Defendant"), by and through their respective counsel, to hereby move this Court for an order extending the time for Defendant to file an answer or otherwise respond in the above-titled action. This motion is made without waiver of any defense which may be later asserted by Defendant.

In support of this motion, the parties state the following:

1. On June 16, 2025, Plaintiff filed the Complaint in this case relating to an alleged data breach experienced by Defendant. (ECF No. 1).

2. The following cases have been filed by other plaintiffs against Defendant relating to the same alleged data breach (the "Related Cases"):

- *Radhakrishnan v. McLean Mortgage Corporation*, Case No. 3:25-cv-00471-RCY

- *Knight v. McLean Mortgage Corporation*, Case No. 3:25-cv-00462-RCY

- *Parks v. McLean Mortgage Corporation*, Case No. 3:25-cv-00475-RCY

3. Plaintiff's counsel, along with counsel for some of the other plaintiffs, have expressed an intent to consolidate the Related Cases.

4. Plaintiff's counsel, along with plaintiffs' counsel in *Knight v. McLean Mortgage Corp.*, filed a motion to consolidate the *Millberry* and *Knight* matters on June 18, 2025. (ECF No. 8).

5. The parties wish to avoid expending unnecessary time and effort responding to the pleadings in all of these cases separately.

6. The Defendant's response to the Plaintiff's Complaint is currently due on July 11, 2025.

In light of the foregoing, the parties respectfully request that this Court enter an order extending the time for Defendant to file an answer or otherwise respond to the Complaint by thirty (30) days to August 11, 2025.

Dated: July 11, 2025  Respectfully submitted,

/s/ David P. Phippen
David P. Phippen (VSB 22854)
**Constangy, Brooks, Smith & Prophete, LLP**
12500 Fair Lakes Circle, Suite 300
Fairfax, VA 22033-3804
Tel: (571) 522-6105
dphippen@constangy.com

Younjin (Jennifer) Lee (*Pro Hac Vice* Forthcoming)
**Constangy, Brooks, Smith & Prophete, LLP**
Laguna Hills, Carlota Plaza
23046 Avenida de la Carlota, Suite 600
Laguna Hills, CA 92653
Tel: (949) 743-3924
jlee@constangy.com

Troy Daniels (*Pro Hac Vice* Forthcoming)
**Constangy, Brooks, Smith & Prophete, LLP**
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (513) 305-9532
tdaniels@constangy.com

*Attorneys for McLean Mortgage Corporation*

*/s/ A. Brooke Murphy (w/permission)*

A. Brooke Murphy (Admitted *Pro Hac Vice*)
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
T: (405) 389-4989
E: abm@murphylegalfirm.com

Lee A. Floyd (VSB No. 88459)
Justin M. Sheldon (VSB No. 82632)
**BREIT BINIAZAN, PC**
2100 East Cary Street, Suite 310
Richmond, Virginia 23223
Telephone: (804) 351-9040
Facsimile: (804) 351-9170
Lee@bbtrial.com
Justin@bbtrial.com

*Attorneys for Plaintiff and the Proposed Class*

3
JOINT CONSENT MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

## CERTIFICATE OF SERVICE

I certify that on July 11, 2025, I electronically served the above pleading on behalf of Defendant on the following counsel of record via the Court's electronic filing system.

Lee A. Floyd (VSB No. 88459)
Justin M. Sheldon (VSB No. 82632)
**BREIT BINIAZAN, PC**
2100 East Cary Street, Suite 310
Richmond, Virginia 23223
Telephone: (804) 351-9040
Facsimile: (804) 351-9170
Lee@bbtrial.com
Justin@bbtrial.com

A. Brooke Murphy
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
T: (405) 389-4989
E: abm@murphylegalfirm.com

*Counsel for Plaintiff and the Proposed Class*

                                                /s/ David P. Phippen
                                                David P. Phippen (VSB 22854)