# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| PRISCILLA MILLBERRY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MCLEAN MORTGAGE CORPORATION,<br><br>Defendant. | Case No. 3:25-cv-00461-RCY |
| JEFFREY KNIGHT and REGINA KNIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MCLEAN MORTGAGE CORPORATION,<br><br>Defendant. | Case No. 3:25-cv-00462-HEH |
| JAYAPRAKASH RADHAKRISHNAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MCLEAN MORTGAGE CORPORATION,<br><br>Defendant. | Case No. 3:35-cv-00477-RCY |
| MICAH PARKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MCLEAN MORTGAGE CORPORATION,<br><br>Defendant. | Case No. 3:25-cv-00475-RCY |

**PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE ACTIONS
AND APPOINT INTERIM CLASS COUNSEL**

Plaintiffs Priscilla Millberry, Jeffrey Knight, Regina Knight, Jayaprakash Radhakrishnan, and Micah Parks ("Plaintiffs"), individually and on behalf of all others similarly situated, respectfully submit this supplemental memorandum in support of Plaintiffs' Motion to Consolidate Cases and Appoint Interim Class Counsel.

On June 18, 2025, Plaintiffs Priscilla Millberry, Jeffrey Knight, and Regina Knight filed their Motion to Consolidate Actions and Appoint Interim Class Counsel and Memorandum in Support. *See Millberry v. McLean Mortgage Corp.*, Case No. 3:25-cv-00461-RCY (E.D. Va.) (ECF No. 8) (the "Motion"). The Motion seeks to consolidate related actions pending against Defendant McLean Mortgage Corporation ("Defendant") and asserting claims arising from a recent data breach impacting Defendant's systems.

In the days and weeks following the filing of the Motion, Plaintiffs Jayaprakash Radhakrishnan and Micah Parks filed other related class action complaints against Defendant, asserting claims arising from the Data Breach. *See Radhakrishnan v. McLean Mortgage Corp.*, Case No. 3:35-cv-00477-RCY (E.D. Va.) (ECF No. 1); *Parks v. McLean Mortgage Corp.*, Case No. 3:35-cv-00475-RCY (E.D. Va.) (ECF No. 1). Additionally, since filing the Motion, counsel for Defendant has appeared in this case and has sought extensions of their time to respond to the Plaintiffs' various complaints in light of the anticipated consolidation of related actions.

Counsel for Plaintiffs Priscilla Millberry, Jeffrey Knight, and Regina Knight have conferred with counsel for Plaintiffs Radhakrishnan and Parks and counsel for Defendant regarding the pending Motion to Consolidate and Appoint Interim Class Counsel. Counsel for Plaintiffs Radhakrishnan and Parks have advised that they support the pending Motion to

2

Consolidate Actions and Appoint Interim Class Counsel and Memorandum in Support filed in the *Millberry* case. Counsel for Defendant has advised that they support consolidation of the related actions and take no position as to the appointment of leadership.

Accordingly, Plaintiffs advise the Court that the pending Motion to Consolidate Actions and Appoint Interim Class Counsel is unopposed by all parties. Attached hereto is an updated proposed Order granting consolidation under Fed. R. Civ. P. 42(a)(2) and the appointment of Interim Class Counsel under Fed. R. Civ. P. 23(g), which includes the related actions filed after the filing of the Motion to Consolidate Actions and Appoint Interim Class Counsel in the *Millberry* case.

For the foregoing reasons and for those reasons previously stated in the Motion, Plaintiffs respectfully request that the Court grant the Motion and enter an Order: (i) consolidating the related actions pursuant to Fed. R. Civ. P. 42; and (ii) appointing David K. Lietz of Milberg Coleman Bryson Phillips Grossman, PLLC and A. Brooke Murphy of Murphy Law Firm as Interim Co-Lead Class Counsel, and appointing Lee A. Floyd of Breit Biniazan, PC as Interim Liaison Counsel.

Dated: July 16, 2025                                                      Respectfully submitted,

                                                      */s/ Lee A. Floyd*
Lee A. Floyd (VSB No. 88459)
Justin M. Sheldon (VSB No. 82632)
**BREIT BINIAZAN, PC**
2100 East Cary Street, Suite 310
Richmond, Virginia 23223
Telephone: (804) 351-9040
Facsimile: (804) 351-9170
Lee@bbtrial.com
Justin@bbtrial.com

*Proposed Interim Liaison Counsel*

David. K. Lietz
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC**
5335 Wisconsin Avenue NW
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
gklinger@milberg.com

A. Brooke Murphy (admitted *Pro Hac Vice*)
**MURPHY LAW FIRM**
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
Telephone: (405) 389-4989
abm@murphylegalfirm.com

*Proposed Interim Class Counsel*


William B. Federman (admitted *Pro Hac Vice*)
Tanner R. Hilton (admitted *Pro Hac Vice*)
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
-and-
4131 North Central Expressway, Suite 900
Dallas, Texas 75204
Telephone: (405) 235-1560
wbf@federmanlaw.com
trh@federmanlaw.com

Leigh S. Montgomery*
Texas Bar No. 24052214
lmontgomery@eksm.com
**EKSM, LLP**
4200 Montrose Blvd. Ste 200
Houston, Texas 77006
Phone: (888) 350-3931

*Counsel for the Plaintiffs and the Putative Class*

**Pro Hac Vice* pending

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Lee A. Floyd*
Lee A. Floyd
